UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARRIE ANN SILVA,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>  Defendant. | Civil No. 6:22-cv-01519-MC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Acting Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Acting Commissioner of Social Security for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to reconsider the medical opinions and prior administrative findings; reevaluate Plaintiff's subjective complaints; as appropriate, reassess Plaintiff's residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record resolving the above issues, and issue a new decision.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g) and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 25th day of May, 2023.

           __s/Michael J. McShane_____
           UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN C. DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Justin L. Martin
JUSTIN L. MARTIN
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-3735